LAUREL I. HANDLEY (NV Bar #9576)
MARA E. SATTERTHWAITE (NV Bar #8884)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-mail: lhandley@aldridgepite.com

Attorneys for Defendant CLEAR RECON CORP.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUZ AQUINO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PNC MORTGAGE; CLEAR RECON CORP.,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00068-GMN-GWF<br><br>**NOTICE OF FIRM NAME CHANGE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective June 1, 2015, the law firm of Pite Duncan, LLP, attorney for Defendant, CLEAR RECON CORP., changed its name to **Aldridge Pite, LLP**. The firm's attorneys of record in this matter are Laurel I. Handley and Mara E. Satterthwaite. Effective June 1, 2015, the attorneys' e-mail addresses have changed to lhandley@aldridgepite.com and msatterthwaite@aldridgepite.com, respectively. The address, telephone and facsimile numbers will remain the same.

DATED this ___9___ day of June, 2015.

ALDRIDGE PITE, LLP

_____
LAUREL I. HANDLEY
MARA E. SATTERTHWAITE
*Attorneys for Defendant*

- 1 -
NOTICE OF FIRM NAME CHANGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 520 South Fourth Street, Suite 360, Las Vegas, Nevada 89101.

I hereby certify that on June 10, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Andrew A. Bao, aabao@wolfewyman.com

I further certify that on June 10, 2015, I served the above-described documents by U.S. Mail on the following, who are not registered participants of the CM/ECF System:

Luz Aquino
395 Wigwam Avenue
Las Vegas, Nevada 89123

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10 day of June, 2015, at Las Vegas, Nevada.

/s/ Nicole Lane
NICOLE L. LANE