LAUREL I. HANDLEY (NV Bar #9576)
ANTHONY R. SASSI (NV Bar #12486)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-mail: lhandley@aldridgepite.com

Attorneys for Defendant CLEAR RECON CORP.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUZ AQUINO,<br><br>    Plaintiff,<br><br>vs.<br><br>PNC MORTGAGE; CLEAR RECON CORP.,<br><br>    Defendants. | Case No. 2:15-cv-00068-GMN-GWF<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

PLEASE TAKE NOTICE that Mara E. Satterthwaite, Esq., formally of ALDRIDGE PITE, LLP, is no longer counsel of record for Defendant CLEAR RECON CORP. in the above-captioned matter, and should be removed from all further notices. The attorneys of record for all further filings and hearings are as follows:

Laurel I. Handley (Nevada Bar No. 9576)   lhandley@aldridgepite.com

Anthony Sassi (Nevada Bar No. 12486)   asassi@aldridgepite.com

Dated this 5th day of November 2015.

ALDRIDGE PITE,, LLP

_____
LAUREL I. HANDLEY
MARA E. SATTERTHWAITE
Attorneys for Defendant

- 1 -
NOTICE OF CHANGE OF ATTORNEY INFORMATION