Andrew A Bao, Esq.
Nevada Bar No. 10508
aabao@wolfewyman.com
WOLFE & WYMAN LLP
980 Kelly Johnson Drive, Suite 140
Las Vegas, Nevada 89119
Telephone: (702) 476-0100
Facsimile:  (702) 476-0101

Attorneys for Defendant
PNC BANK, N.A., dba PNC Mortgage

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUZ AQUINO,<br><br>          Plaintiff,<br><br>v.<br><br>PNC MORTGAGE; CLEAR RECON CORP.,<br><br>          Defendants. | Case No.: 2:15-cv-00068 GMN GWF<br><br>**DECLARATION OF ANDREW A. BAO IN SUPPORT OF MOTION FOR ATTORNEYS' FEES SUBMITTED BY PNC BANK, N.A.**<br><br>Action Filed: 01/13/2015<br>Trial Date:    None set. |

### DECLARATION OF ANDREW A. BAO

I, Andrew A. Bao, Esq., declare:

1.  I am an attorney with the law firm of Wolfe & Wyman, LLP, counsel for Defendant PNC BANK, N.A., dba PNC Mortgage ("PNC") in the matter of *Luz Aquino v. PNC Mortgage, et. al.*, United States District Court, District of Nevada, Case No. 2:15-cv-00068-GMN-GWF.

2.  I have personal knowledge of the facts referred to in this Declaration and could competently testify to these facts if called upon to do so in a court of law.

3.  On or about January 13, 2015, Plaintiff filed her Complaint in this action, naming PNC as a defendant. Wolfe & Wyman LLP was thereafter retained to represent PNC in this action.

1

DECLARATION OF ANDREW A. BAO ISO MOTION FOR ATTORNEYS' FEES BY PNC BANK, N.A.

2143429.1

4. From January 13, 2015 to the date of filing the present Motion for Attorney's fees, our office billed $6,901.00 in attorney's fees associated with this action. An itemized bill (redacted for attorney-client and attorney work-product privilege) is attached hereto as Exhibit 1.

5. I estimate than an additional $1,000.00 in attorney's fees will be incurred in bringing this Motion, including the Reply and any oral argument that this Court may hear, to which PNC is also entitled to recovery.

I declare under penalty of perjury under the laws of the State of Nevada and the United States that the foregoing is true and correct and within my personal knowledge.

Executed on this 6th day of November, 2015, at Walnut Creek, California.

ANDREW A. BAO

2

DECLARATION OF ANDREW A. BAO ISO MOTION FOR ATTORNEYS' FEES BY PNC BANK, N.A.

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF ORANGE       )

I, Kathy Hagmaier, declare: I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612-7531.

On the date shown below, I served the document(s) described as **DECLARATION OF ANDREW A. BAO IN SUPPORT OF BILL OF COSTS SUBMITTED BY PNC BANK, N.A.** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL:** as follows:
  ☐ **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.
  ☒ **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☐ **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☒ **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by ECF's system, which will be maintained with the original document(s) in our office.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☐ **STATE**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL**   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on November 6, 2015, at Irvine, California.

_____
Kathy Hagmaier

2032946.1



**SERVICE LIST**
U.S. District Court, District of Nevada – Case No. 2:15-cv-00068 GMN GWF
<u>Luz Aquino v. PNC Mortgage, et al.</u>
W&W File No. 1264-656
[Revised: 06/15/15]

| | |
|---|---|
| Luz Aquino<br>395 Wigwam Avenue<br>Las Vegas, NV 89123 | **PLAINTIFF PRO SE**<br>Tel.: (702) 250-0388<br>Fax:<br>Email: |
| Laurel I. Handley, Esq.<br>Mara E. Satterthwaite, Esq.<br>ALDRIDGE PITE, LLP<br>520 South 4th Street, Suite 360<br>Las Vegas, NV 89101 | **Attorneys for Defendant**<br>**CLEAR RECON CORP.**<br>Tel.: (858) 750-7600<br>Fax: (702) 685-6342<br>Email: lhandley@piteduncan.com |