1
2
3
4                          **UNITED STATES DISTRICT COURT**

5                                **DISTRICT OF NEVADA**

6

7    LUZ AQUINO,                                  )
                                                  )
8                       Plaintiff,                )        Case No. 2:15-cv-00068 GMN-GWF
                                                  )
9    vs.                                          )        **ORDER**
                                                  )
10                                                )
     PNC MORTGAGE; CLEAR RECON CORP.,             )
11                                                )
                        Defendants.               )
12   _____)

13          This matter is before the Court on Defendant, PNC Bank, N.A.'s (hereinafter "PNC")

14   Motion for Award of Attorney Fees (Dkt. #32), filed on November 6, 2015. Plaintiff did not file a

15   response.

16          On October 21, 2015, the District Court granted PNC's Motion to Dismiss (Dkt. #6 ) and

17   dismissed Plaintiff's Complaint (Dkt. #1) against PNC with prejudice for failure to state a claim

18   pursuant to Fed. R. Civ. P. 12(b)(6). *Order (#27).*  Subsequently, PNC submits the instant claim for

19   $7,901.00 in attorney fees and $35.76 in costs relating to the defense against Plaintiff's Complaint

20   (Dkt. #1). The Court has reviewed PNC's submitted fees and costs in accordance with the

21   traditional lodestar method. The Court finds that PNC's rates are reasonable, and the amount of time

22   spent on this matter was reasonable. Therefore, the Court will grant PNC's full request.

23   Accordingly,

24   . . .

25   . . .

26   . . .

27   . . .

28   . . .

     . . .

1     **IT IS HEREBY ORDERED** that Defendant, PNC Bank, N.A.'s Motion for Award of

2   Attorney Fees (Dkt. #32) is **granted**.  Plaintiff is to pay PNC the total sum of $**7,936.76**.  Plaintiff is

3   further ordered to make the payment to PNC by **January 11, 2016**.

4     DATED this 9th day of December, 2015.

5

6                GEORGE FOLEY, JR.
               United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28