AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Luz Aquino

Plaintiff,

v.

PNC Bank, N.A., et al.

Defendants.

Attorney's Fees

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-00068-GMN-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff is to pay PNC the total sum of $7,936.76. Plaintiff is further ordered to make the payment to PNC by 1/11/16.

| | |
|---|---|
| December 10, 2015 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Patti Smythe |
| | (By) Deputy Clerk |